**Order entered March 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00914-CR

### CODY JOHN HOLT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 062011**

## ORDER

The Court **REINSTATES** the appeal.

On February 10, 2015, we ordered the trial court to make findings of fact and conclusions of law regarding appellant's motion to suppress his statement. We also ordered court reporter Cindy Bardwell to either file the reporter's record of the April 1, 2014 proceedings or written verification that the proceedings conducted in chambers were not recorded. We have received a supplemental clerk's record containing the trial court's findings of fact and conclusions of law and a letter from Ms. Bardwell saying the April 1, 2014 in chambers proceedings were not recorded.

The State's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE